UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE | * | CASE NO. 12-53750-JRS |
| | * | |
| KAREN DENISE COLEMAN, | * | |
| | * | CHAPTER 13 |
| | * | |
| | * | |
| DEBTOR. | * | |

**MOTION TO SELL VEHICLE**

COMES NOW the Debtor in the above-styled Chapter 13 case, and through counsel, files this "Motion to Sell Vehicle", showing to this Honorable Court the following:

1.

This Court has jurisdiction in this matter pursuant to 28 U.S.C. Sections 1334, 151 and 157.

2.

This Court is the proper venue for this matter pursuant to 28 U.S.C. Section 1409.

3.

This matter is a core proceeding as defined in 28 U.S.C. Section 157(b)(2)(N).

4.

Debtor filed the petition for relief in the above-styled Chapter 13 case on April 16, 2007. The case was confirmed on February 10, 2012.

5.

In the Chapter 13 schedules, the Debtor lists an interest in a 1996 Toyota Camry valued at the time of filing at approximately $ 4,300.00.

6.

The vehicle has substantial repairs that are required in order to operate properly. Debtor believes the value of the vehicle is now $ 2,600.00.

/pw

7.

Debtor is looking for a prospective buyer for the vehicle.

8.

Debtor recently discovered that the 2007 Suzuki XL7 needs substantial repairs.

9.

Debtor is seeking permission to sell this vehicle for $ 2,600.00 and use the proceeds towards the repair of the vehicle she is using.

10.

Debtor believes that this sale is in the best interest of the estate and creditors and that such sale will assist in the effectuation of the Debtor's financial reorganization.

WHEREFORE, Debtor prays:

(a) that this Motion be filed, read and considered;

(b) that this Motion be granted; and,

(c) that this Honorable Court grant such other and further relief as it deems just and proper.

Respectfully submitted,
CLARK & WASHINGTON, PC

By:  s/
Celia R. Washington
Attorney for the Debtor
GA Bar No. 044108

CLARK & WASHINGTON, PC
3300 Northeast Expressway
Building 3, Suite A
Atlanta, GA 30341
Phone (404) 522-2222
Fax (770)220-0685

/pw



AUTOS    CLASSIC CARS    MOTORCYCLES    BOATS    RVS    MANUFACTURED HOMES      PRODUCT STORE

Change Make > Change Year & Model > Change Mileage & Options > Values



# 1996 Toyota Camry
Sedan 4D DX (4 Cyl)

Values
Values

## Values



|  | Rough Trade-In | Average Trade-In | Clean Trade-In | Clean Retail |
|---|---|---|---|---|
| **Base Price** | $700 | $1,275 | $1,750 | $3,300 |
| **Mileage (250,000)** | -$700 | -$700 | -$700 | -$700 |
| **Total Base Price** | N/A | $575 | $1,050 | $2,600 |
| **Options:** (add) |  |  |  |  |
| **Price with Options** | N/A | $575 | $1,050 | $2,600 |

### Search Used Car Listings

We found 1 1996 Toyota listings within 25 miles of your zip code.

Powered by AutoTrader.com

### Vehicle History Report

Buying used? Trading in?    ✓AutoCheck
Run a FREE VIN check

Enter VIN (optional)

### Car Buying & Selling Services

Sell your car now on AutoTrader.com
Free new car dealer quote

Find cars for sale in your local area
Get pre-approved for an auto loan

Next: CPO Pricing

### Industry
Advertise
Link to Us
Media Room
Product Store

### Help
FAQ
Contact Us
Security

### Tools
Change Zip
Ad Choices

### Company
About Us
Privacy Policy
Disclaimer
Copyright

Follow Us

© Copyright 2014 NADAguides. All Rights Reserved. NADAguides is an alliance partner of NADA Services Corporation.    © Copyright 2014 NADASC. All Rights Reserved.

[Handwritten auto repair invoice/receipt]

**Customer's Information:**
- Name: Karen Coleman
- Phone: (6) 852-3347
- Address: 4814 [illegible] Cir.
- City/State/Zip: College Park, GA 30349
- 2nd Authorized Name: [illegible]
- Received (Date & Time): 1/23/2014
- Customer's Order No.: #1966
- Promised: ASAP
- Year/Make/Model: 2007 Suzuki XL7
- Serial #/VIN: 76109907
- License No.: BRS 3713
- Odometer: 143150
- Motor #: 3.6
- Written by: S.V.

**Parts:**
| QTY | PART NO. | NAME OF PART | PRICE | WARRANTY |
|---|---|---|---|---|
| 1 | 0726 | [Timing] Gasket Set | 71.88 | 12/12 |
| 1 | 8510 | Coolant Temp Send | 149.95 | 12/12 |
| 2 | 8510 | Camshaft Exhaust Set | 197.89 | 12/12 |

TOTAL PARTS: 419.32

**Labor/Notes:**
- R & R Camshaft Sen & Tmg
- R & R Coolant Temp Sens
- Repl. Val. [illegible]
- $165.00 Add'l Labor
- G & H Labor $585.00 [?]

**Totals:**
- LABOR ONLY: 585.00
- PARTS: 419.32
- TAX: [illegible]
- TOTAL: 1065.00

Method of Payment: Charge
Labor: Hourly
Retain Parts
Guarantee Effective Until: 12 mos / 12,000 mi
Authorized By: X Karen Coleman

Signed: Karen C.
Date: 3-20-14

[Marked "PAID"]

UNIQUE AUTO
2310 Marietta Blvd
Atlanta GA 30318 (470)255-1578

**Customer Information:**
- Name: Karen Coleman
- Phone: (678)852-3347
- Address: 4094 Robin Circle
- City, State, Zip: College Park, GA 30349
- Year/Make/Model: 2007 Suzuki XL7
- Written by: Patrick

Services:
- Diagnose found bad wiring in harness to fans. Repaired harness — $125.00
- Cleaned injectors — FREE

**Mechanics Recommendations:**
Bank 1 is the only one had problem. Problem explain the repairs to customer bank two with no problem.

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE | * | CASE NO. 12-53750-JRS |
| | * | |
| KAREN DENISE COLEMAN, | * | |
| | * | CHAPTER 13 |
| | * | |
| | * | |
| DEBTOR. | * | |

**NOTICE OF HEARING ON MOTION TO SELL VEHICLE**

**PLEASE TAKE NOTICE** that the Debtor in the above-referenced matter filed a "**Motion**" seeking to sell vehicle.

**PLEASE TAKE FURTHER NOTICE** that the Court will hold a hearing on the matter in Courtroom 1404 (14th Floor) of the US Courthouse, 75 Spring Street, SW, Atlanta, GA 30303, at 2:00PM, on May 22, 2014.

Your rights may be affected by the court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want the court to grant the relief sought in these pleadings or if you want the court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the pleading with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk at least two business days before the hearing. The address of the Clerk's Office is Clerk, U. S. Bankruptcy Court, Suite 1340, 75 Spring Street, Atlanta Georgia 30303. You must also mail a copy of your response to the undersigned at the address stated below.

                Respectfully submitted,
                CLARK & WASHINGTON, PC

                s/_____

CLARK & WASHINGTON, PC   Celia R. Washington
3300 Northeast Expressway     GA Bar No. 044108
Building 3, Suite A        Attorney for the Debtor
Atlanta, GA 30341
Phone (404) 522-2222
Fax (770)220-0685

*/pw*

## CERTIFICATE OF SERVICE

I certify that I served the Debtor with a true and correct copy of the within the and foregoing "Notice of Hearing on Motion to Sell Vehicle" and "Motion to Sell Vehicle" by placing the same in the United States Mail with adequate postage affixed to ensure delivery and addressed as follows:

Karen Denise Coleman
4094 Robin Circle
Atlanta, GA 30349

I further certify that, by agreement of the parties, Adam Goodman - Chapter 13 Trustee, was served via the ECF electronic mail/noticing system.

And, in the same manner I served the parties listed in the attached matrix with the "Notice of Hearing on Motion to Sell Vehicle" at the addresses indicated therein,

Dated:04/30/2014

s/
Celia R. Washington
GA Bar No. 044108
Attorney for the Debtor

CLARK & WASHINGTON, PC
3300 Northeast Expressway
Building 3, Suite A
Atlanta, GA 30341
Phone (404) 522-2222
Fax (770)220-0685

/pw

| | | |
|---|---|---|
| Associated Credit Union<br>c/o Thompson,O'Brien,Kemp & Nasuti,<br>40 Technology Pkwy Suite 300<br>Norcross, GA 30092-2924 | SunTrust Mortgage, Inc.<br>c/o McCalla Raymer, LLC<br>Bankruptcy Department<br>1544 Old Alabama Road<br>Roswell, GA 30076-2102 | AT&T<br>P.O. Box 57907<br>Salt Lake City, UT 84157 |
| American InfoSource LP as agent for<br>T Mobile/T-Mobile USA Inc<br>PO Box 248848<br>Oklahoma City, OK  73124-8848 | Associated Credit Union<br>6251 Crooked Creek Road<br>Norcross, GA 30092-3130 | Associated Credit Union<br>Thompson, O'Brien, Kemp & Nasuti, P<br>40 Technology Pkwy S., Suite 300<br>Norcross, GA 30092-2924 |
| CitiFinancial Services, Inc<br>P.O. Box 6042<br>Sioux Falls, SD 57117-6042 | Jefferson Capital Systems LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 | OneMain Financial<br>P.O. Box 183172<br>Columbus, OH 43218-3172 |
| Sallie Mae<br>P. O. Box 6229<br>Indianapolis, IN 46206-6229 | Sallie Mae Inc, On Behalf of The<br>Department of Education<br>DOE<br>P.O. Box 740351<br>Atlanta, GA 30374-0351 | SunTrust Mortgage, Inc.<br>Bankruptcy Department<br>Post Office Box 27767<br>RVW3034<br>Richmond, VA 23261-7767 |
| Suntrust<br>P.O. Box 4466<br>Woodbridge, VA 22194-4466 | Suntrust<br>c/o McCalla Raymer<br>1544 Old Alabama Road<br>Roswell, GA 30076-2102 | Tmobile<br>P.O. Box 742596<br>Cincinnati, OH 45274-2596 |
| US Department of Education<br>P.O. Box 8809<br>Richmond, VA 23225-0509 | | |

/pw